USDC SCAN INDEX SHEET










```
CGL    5/12/04    13:57
3:02-CV-02108    CRENSHAW V. MONY LIFE INSURANCE
*189*
*O.*
```

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CRENSHAW v. MONY LIFE                          Case No. 02cv2108 LAB(RBB)

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE        Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Gordon Churchill | Todd Sorrell |
| Raul Cadena | Peter Mason |

PROCEEDINGS: ____ In Chambers    ____ In Court    ____ Telephonic

Defendant's ex parte application to extend the time for deposing Dr. Harris, submitted on April 29, 2004, is granted in part. Plaintiff did not oppose the application.

If Defendant makes Dr. Harris available for deposition on May 17, May 24 or June 4, 2004, and Plaintiff chooses not to notice and depose the witness, Defendant will have complied with the terms of this Court's Order of April 27, 2004.

DATE: May 11, 2004          IT IS SO ORDERED: /s/ Ruben Brooks
                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge
cc: Judge Burns                               INITIALS: VL (mg/dl) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\CRENSHAW\MINUTE21.wpd

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
865 SOUTH FIGUEROA STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017
WWW.FULBRIGHT.COM

TODD M. SORRELL
PARTNER
TSORRELL@FULBRIGHT.COM

DIRECT DIAL:    (213) 892-9221
TELEPHONE:      (213) 892-9200
FACSIMILE:      (213) 680-4518

April 29, 2004

**VIA FACSIMILE**

Honorable Ruben B. Brooks
United States District Court Magistrate Judge
United States Courthouse
880 Front Street
San Diego, California 92101-8900

    Re:    <u>Crenshaw v. MONY Life Insurance Company</u>
             Case No.: 02cv2108 LAB (RBB)

Dear Magistrate Brooks:

    I am in receipt of your April 16, 2004, Minute Order concerning plaintiff and counterdefendant Roger T. Crenshaw's ("Crenshaw") Motion to Disqualify which was faxed to this office by the Court on April 21, 2004. Unfortunately, because I was out of the state on vacation last week, I did not see the Order until Monday, April 26.

    In light of the Court's Order, this office contacted Dr. Harris' assistant, who advised that Dr. Harris is on a sabbatical (out of state) that will be ending on May 10. Accordingly, it will be impossible for defendant and counterclaimant MONY Life Insurance Company ("MONY Life") to produce Dr. Harris for deposition within 15 days of April 16, as your Order requires.

    In an effort to avoid further Court intervention, I sent a letter by facsimile transmission to Crenshaw's counsel on April 27, 2004 (see attachment hereto), advising of the above and inquiring if he intended to depose Dr. Harris. If such a deposition was contemplated, I offered the following days and times for Dr. Harris to be deposed in Dr. Harris' office in San Diego:

    May 10 @ 1:30 p.m.

    May 17 @ 2:00 p.m.

    May 24 @ 2:00 p.m.

    June 4 @ 2:00 p.m.

30705984.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

Honorable Ruben B. Brooks
April 29, 2004
Page 2

Given the fact that Dr. Harris' schedule fills up rather quickly, I requested a prompt response as to whether Crenshaw intended to depose the doctor and, if so, which of the above days was most convenient so that I could contact Dr. Harris' assistant to schedule the deposition. To date, I have received no response from Crenshaw's counsel.

Given the history of this case, MONY Life is concerned that Crenshaw's counsel will not respond to our letter, and then later take the position that Dr. Harris should not be allowed to testify at trial since he was not available for his deposition during the time period set forth in your April 16, 2004, Minute Order. Accordingly, prudence dictates that MONY Life present this letter as an ex parte application which seeks to modify the requirement in your April 16, 2004, Minute Order to permit Dr. Harris to be deposed at a later date. Through this modification, it will be clear that (1) MONY Life has not ignored your Order and (2) MONY Life has made Dr. Harris available for deposition pursuant to the terms of your Order, as modified. Of course, nothing herein should be construed as *requiring* Crenshaw to take Dr. Harris' deposition.

In light of the above, please find attached to this letter a proposed order respecting the issues outlined above. We are certainly willing to address any questions or concerns that you might have after reviewing these papers. As always, thank you for your continued attention to this matter.

Very truly yours,

Todd M. Sorrell

cc:   Peter H. Mason, Esq.
      Raul Cadena, Esq. *(Via Facsimile)*

30705984.1

# FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
865 SOUTH FIGUEROA STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017
WWW.FULBRIGHT.COM

TODD M. SORRELL
PARTNER
TSORRELL@FULBRIGHT.COM

DIRECT DIAL:  (213) 892-9221
TELEPHONE:   (213) 892-9200
FACSIMILE:   (213) 680-4518

April 27, 2004

Via Facsimile
Raul Cadena, Esq.
1202 Kettner Boulevard, Suite 4100
San Diego, California 92101

Re: Crenshaw v. MONY Life Insurance Company

Dear Mr. Cadena:

I am in receipt of Magistrate Brooks' April 16, 2004, Minute Order concerning Roger T. Crenshaw's Motion to Disqualify which was faxed to this office by the Court on April 21, 2004. Unfortunately, because I was out of the state on vacation last week, I did not see the Order until yesterday.

In light of the Magistrate's Order, please advise me whether or not you intend to depose Dr. Harris. Although he is on sabbatical at the present time, I have been advised that Dr. Harris will be returning May 10 and he can be made available for deposition at his office on any of the following days:

May 10 @ 1:30 p.m.

May 17 @ 2:00 p.m.

May 24 @ 2:00 p.m.

June 4 @ 2:00 p.m.

Given the fact that Dr. Harris' schedule fills up rather quickly, please advise me as soon as possible whether you intend to depose the doctor and, if so, which of the above days works best for you. Once that information is provided, I will contact Dr. Harris' assistant to schedule the deposition. Thank you for your anticipated cooperation.

Very truly yours,

Todd M. Sorrell

cc: Peter H. Mason
30704075.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • HONG KONG • LONDON • MUNICH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER T. CRENSHAW,<br><br>  Plaintiff,<br><br>v.<br><br>MONY LIFE INSURANCE COMPANY; DISABILITY MANAGEMENT SERVICES, INC.,<br><br>  Defendants.<br><hr>MONY LIFE INSURANCE COMPANY,<br><br>  Counterclaimant,<br><br>v.<br><br>ROGER T. CRENSHAW,<br><br>  Counterdefendant. | CASE NO. 02cv2108-LAB (RBB)<br><br>**[PROPOSED] ORDER RE DEPOSITION OF DR. JEFFREY HARRIS**<br><br>(Magistrate Judge Ruben B. Brooks) |

30706039.1

ORDER

On April 16, 2004, this Court issued a Minute Order relating to plaintiff and counterdefendant Roger T. Crenshaw's ("Crenshaw") Motion to Disqualify. On ex parte application by defendant and counterclaimant MONY Life Insurance Company ("MONY Life"), and good cause being shown, the April 16, 2004, Minute Order is modified as follows:

If Crenshaw desires to take the deposition of Dr. Jeffrey Harris in this case, his counsel must prepare and serve by facsimile or personal service a notice of deposition on MONY Life's counsel no later than May 4, 2004, for the taking of the deposition, in which one of the following dates and times must be selected:

May 10 @ 1:30 p.m.

May 17 @ 2:00 p.m.

May 24 @ 2:00 p.m.

June 4 @ 2:00 p.m.

The deposition of Dr. Harris, to the extent it proceeds, will take place at Dr. Harris' office unless otherwise agreed to in writing by both parties. Except as otherwise noted herein, all other aspects of the April 16, 2004, Minute Order remain unchanged.

IT IS SO ORDERED.


Date: April __, 2004

                                                _____
                                                Hon. Ruben B. Brooks
                                                United States Magistrate Judge

SUBMITTED BY:

PETER H. MASON (BAR NO. 71839)
TODD M. SORRELL (BAR NO. 175143)
**FULBRIGHT & JAWORSKI L.L.P.**
865 South Figueroa Street, 29th Floor
Los Angeles, California 90017
Telephone: (213) 892-9200
Facsimile: (213) 680-4518
Attorneys for MONY LIFE INSURANCE COMPANY